Addie M. SUTTON et al., Appellants, v.
UNITED STATES OF AMERICA.

No. 13196.

Henry HENNING et al., Appellants, v.
SAME.

No. 13197.

Earl C. W. HOFFMAN et al., Appellants, v.
SAME.

No. 13231.

Hortense K. SPENCE et al., Appellants, v.
SAME.

No. 13232.

William H. SNYDER, Appellant. v. SAME.

No. 13263.

Osmund HAENSSLER et al., Appellants, v.
SAME.

No. 13264.

Elsie KNIPPENBERG, Appellant, v. SAME.

No. 13265.

Tarlton WOODSON et al., Appellants, v.
SAME.

No. 13283.

Quentin D. WATSON, etc., Appellant, v.
SAME.

No. 13284.

Anna GERDIMAN et al., Appellants, v.
SAME.

No. 13285.

Sarah A. BIGELOW, Appellant, v. SAME.

No. 13286.

George H. DUGAN et al., Appellants, v.
SAME.

No. 13287.

Lena J. SCHEMMER, etc., et al., Appellants,
v. SAME.

No. 13288.

Arch HOWELL et al., Appellants, v. SAME.

No. 13289.

Adaline ROTH et al., Appellants, v. SAME.

No. 13290.

Helen NIERMANN et al., Appellants, v.
SAME.

No. 13291.

Robert L. FULKERSON et al., Appellants,
v. SAME.

No. 13292.

Clem J. SCHNEIDER et al., Appellants, v.
SAME.

No. 13293.

Mary SCHNEIDER, Appellant, v. SAME.

No. 13294.

Melvin A. SCHNEIDER et al., Appellants, v.
SAME.

No. 13295.

Earl R. SUTTON et al., Appellants, v.
SAME.

No. 13296.

Ada S. SCHNEIDER, etc., Appellant, v.
SAME.

No. 13297.

George C. GUTHERMUTH et al., Appel-
lants, v. SAME.

No. 13298.

The FISHBACH BREWING COMPANY,
Appellant, v. SAME.

No. 13303.

Edna BURTON, etc., et al., Appellants, v.
SAME.

No. 13304.

Ada S. SCHNEIDER, etc., Appellant, v.
SAME.

No. 13324.

Circuit Court of Appeals, Eighth Circuit.

April 14, 1947.

Samuel M. Watson, of St. Louis, Mo., for appellants in Nos. 13196, 13197, 13263–13265, 13283–13288, 13291–13293, 13295–13298, 13324.

Robert V. Niedner, of St. Charles, Mo. for appellants in Nos. 13231, 13232.

Walter J. Voelkerding, of Dutzow, Mo., for appellants in No. 13289.

Samuel M. Watson, of St. Louis, Mo., and W. F. Karrenbrock, of St. Charles, Mo., for appellants in Nos. 13290, 13294.

William Waye, Jr., of St. Charles, Mo., and William R. Gilbert and Roscoe Anderson, both of St. Louis, Mo., for appellants in Nos. 13303, 13304.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., and J. Edward Williams, Acting Head, Lands Division, Department of Justice, of Washington, D. C., for the United States in all the above actions.

PER CURIAM.

On motion of appellee, judgment of District Court of the United States for the Eastern District of Missouri affirmed on authority of decision of the Supreme Court of the United States of February 3, 1947, 67 S.Ct. 606, in the cases of Albrecht v. United States (Q. W. S. S. Realty & Investment Company v. United States; Linnenbringer, et al. v. United States, Pitman, et al. v. United States) 155 F.2d 77; 61 F.Supp. 199, and Oliver v. United States, 155 F.2d 73, 60 F.Supp. 741, holding that the landowners were not entitled to interest in addition to amount under McDowell Option Contract.